

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00460-CV

K & K INEZ PROPERTIES, LLC, DAVID KUCERA, AND VALERIE KUCERA
v.
CLAY KOLLE AND LACY KOLLE

On Appeal from the
135th District Court of Victoria County, Texas
Trial Court Cause No. 17-11-81926-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

December 28, 2023